# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5097**

**September Term, 2022**

**1:13-cv-00328-ABJ**

**Filed On:** July 25, 2023

Laura J. Ramos,

      Appellant

    v.

Merrick B. Garland, in his official capacity as
Attorney General of the United States,

      Appellee


**BEFORE:**    Srinivasan, Chief Judge; Wilkins and Pan, Circuit Judges

# <u>UNDER SEAL OPINION</u>
# <u>NOT AVAILABLE TO PUBLIC</u>